UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SHAUNE RHEAMS,
               Plaintiff,

v.

CEREBRAL PALSY OF WESTCHESTER,
               Defendant.
------------------------------------------------------------x

**ORDER**

20 CV 3038 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/2020

      On April 15, 2020, plaintiff Shaune Rheams commenced the instant action against defendant Cerebral Palsy of Westchester. (Doc. #1).

      On July 18, 2020, plaintiff docketed a proof of service indicating service on defendant on June 24, 2020. (Doc. #6). Accordingly, defendant had until July 15, 2020, to respond to the complaint. See Fed. R. Civ. P. 12(a)(1)(A)(i).

      To date, defendant has neither appeared in this action nor answered, moved, or otherwise responded to the complaint.

      Accordingly, provided that defendant remains in default, plaintiff is ORDERED to seek a certificate of default as to defendant by July 27, 2020, and thereafter to move, by order to show cause and in accordance with the Court's Individual Practices, for default judgment against defendant by August 10, 2020. **If plaintiff fails to satisfy either deadline, the Court may dismiss the case without prejudice for failure to prosecute or failure to comply with court orders. Fed. R. Civ. P. 41(b).**

Dated: July 20, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge